


Michael J. Bergmann (0023154)
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION
## CINCINNATI, OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA : | Civil Action No.: C-1-02-123 |
| for the use and benefit of : | Spiegel, J. |
| OK INTERIORS CORPORATION, et al. : | Sherman, M.J. |
| : | |
| Plaintiffs, : | |
| : | |
| -vs- : | **NOTICE OF SATISFACTION** |
| : | **OF DEFAULT JUDGMENT AT** |
| : | **PLAINTISS' COST** |
| USA ASBESTOS REMOVAL CO., INC. : | |
| et al. : | |
| : | |
| Defendants. : | |

Please take notice that the any and all claims which the Plaintiffs asserted against USA DEFENDANT(S) ASBESTOS REMOVAL CO., INC. and/or UNIVERSAL BONDING INSURANCE COMPANY in the First Amended Complaint, and the default judgment which the Court granted to the Plaintiffs against DEFENDANT UNIVERSAL BONDING INSURANCE COMPANY pursuant to its failure to file an Answer herein, have been **FULLY SATISFIED**, and that this matter may be treated as finally concluded, at Plaintiffs' cost.

_[signature]_
Michael J. Bergmann, Esq. (#0023154)
Attorney for Plaintiffs
6020 Cheviot Road
Cincinnati, Ohio 45247
Phone: (513) 385-5574
Fax: (513) 385-6527